IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ANTHONY CLARK,<br>    Plaintiff, | : | |
| v. | : | NO. 19-CV-2235 |
| JOHN DOE-WALKER,<br>    Defendants. | : | |

## **ORDER**

**AND NOW**, this 5th day of February, 2019, upon review of the pending motions in this matter, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 15) is **DENIED**; and

2. Plaintiff's Motion for Appointment of Counsel (Docket No. 4) is **GRANTED** in part to the extent that the Clerk shall **REFER** this case to the Eastern District's Prisoner Civil Rights Panel to seek counsel for Plaintiff. It is further **ORDERED** that this case shall be **STAYED** while on the panel.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.